IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CLEVELAND SOUTHERS, | ) | |
|     Petitioner, | ) | Civil Case No. 7:12cv00422 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| **CARL A. MANIS,** | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

Cleveland Southers, a Virginia inmate proceeding *pro se*, filed this petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254; however, he alleges no ground upon which he believes he is entitled to habeas relief. Pursuant to Rule 4 of the Rules Governing Section 2254 Proceedings, the court must dismiss a petition "if it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief . . . ." Because Southers alleges no habeas claim, I find that it plainly appears that he is not entitled to habeas relief. Accordingly, I will dismiss this action without prejudice to Southers' opportunity to refile his petition and allege grounds for relief.[1]

The Clerk of the Court is directed to send a copy of this memorandum opinion and the accompanying order to petitioner.

**ENTER**: This 27th day of September, 2012.

                                                /s/ Norman K. Moon
                                                NORMAN K. MOON
                                                UNITED STATES DISTRICT JUDGE

---

[1] The court notes that if Southers wishes to refile his petition, it is subject to the statute of limitations set forth in 28 U.S.C. § 2244(d)(1)(A - D).